**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| HOLLY BAIRD, ET AL. | CV 22-877 PA (JEMx) |
|---|---|
| Plaintiffs, | JUDGMENT OF DISMISSAL |
| v. | |
| COUNTY OF LOS ANGELES, ET AL., | |
| Defendants. | |

Pursuant to this Court's March 21, 2022, Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed is dismissed without prejudice.

DATED: March 21, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE